# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. MICHAEL PAYNE, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>1. GRANT COUNTY, OKLAHOMA, )<br>    a political subdivision which is )<br>    sued in the name of the Board of )<br>    County Commissioners for )<br>    Grant County, Oklahoma, )<br>)<br>2. SCOTT STERLING, )<br>    in his official capacity, )<br>)<br>        Defendants. ) | Case No. CIV-14-772-HE |

## JOINT DISMISSAL WITH PREJUDICE OF CLAIMS

**COME NOW** the parties and, pursuant to Fed. R. Civ. P. 41(a), hereby stipulates to the dismissal with prejudice of Plaintiff's claims. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 25th DAY OF MARCH, 2015.**

| | |
|---|---|
| s/ Amber L. Hurst<br>HAMMONS, GOWENS, HURST<br>    & ASSOCIATES<br>Mark Hammons, OBA No. 3784<br>Amber L. Hurst, OBA No. 21231<br>325 Dean A. McGee Avenue<br>Oklahoma City, Oklahoma 73102<br>Telephone: (405) 235-6100<br>Facsimile: (405) 235-6111<br>Email: amberh@hammonslaw.com<br>Jury Trial Demanded<br>Attorney Lien Claimed<br>*Counsel for Plaintiff* | s/Randall J. Wood<br>Randall J. Wood, OBA No. 10531<br>Robert S. Lafferrandre, OBA No. 11897<br>Jessica L. Dark, OBA No. 31236<br>Pierce Couch Hendrickson<br>Baysinger & Green, L.L.P.<br>1109 N. Francis<br>Oklahoma City, Oklahoma 73106<br>Telephone: (405) 235-1611<br>Facsimile: (405) 235-2904<br>Email: rlafferrandre@piercecouch.com<br>jdark@piercecouch.com<br>rwood@piercecouch.com<br>*Counsel for Defendants* |